IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02589-MSK-OES
THE ESTATE OF LYLE EUGENE LARSEN by and through
FLORENCE STURDIVAN, personal representative,

    Plaintiff,

v.

RANDY MURR,
GERALD WHITMAN, Chief of Police of the City and County of Denver and
CITY AND COUNTY OF DENVER,

    Defendants.

---

### ORDER GRANTING MOTION TO WITHDRAW
---

    **THIS MATTER**, having come before the Court, the Court having reviewed the Unopposed Motion to Withdraw as Counsel **(#47)** and the file,

    **FINDS THAT** good cause exists for the Motion to Withdraw and **ORDERS** that the Unopposed Motion to Withdraw as Counsel is **GRANTED**. Seth A. Rider is permitted to withdraw as counsel of record in this matter.

    DATED this 26th day of August, 2005.

                              **BY THE COURT:**

                              _____

                              Marcia S. Krieger
                              United States District Judge